IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> DEREK BROWN, in his official capacity as Attorney General of the State of Utah, and JON PIKE, in his official capacity as Utah Insurance Commissioner, <br><br> Defendants. | **ORDER DENYING MOTION FOR JUDGMENT ON THE PLEADINGS AS MOOT** <br><br> Case No. 2:25-cv-00284-RJS0-DAO <br><br> District Judge Robert J. Shelby <br><br> Magistrate Judge Daphne A. Oberg |

On February 27, 2026, Defendants Derek Brown and Jon Pike filed a motion for judgment on the pleadings.[1] On April 7, 2026, Plaintiff filed an Amended Complaint.[2] The Motion for Judgment on the Pleadings challenges a complaint that is no longer operative. Accordingly, the Motion[3] is DENIED as MOOT.

SO ORDERED this 23rd day of April 2026.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge

---

[1] Dkt. 109, *Defendants' Motion for Judgment on the Pleadings Pursuant to Rule 12(c)* (*Motion*).

[2] Dkt. 121, *First Amended Verified Complaint*.

[3] Dkt. 109.

1